# THE COMMONWEALTH COURT OF PENNSYLVANIA

Patrick J. Doheny, Jr., an adult individual,

           Petitioner

           v.

Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing, a governmental agency; Janet L. Dolan, an adult individual; Kara N. Templeton, an adult individual; William A. Kuhar, Jr., an adult individual; Terrance M. Edwards, an adult individual; Donald J. Smith, an adult individual; William J. Cressler, an adult individual; and Philip Murray Bricknell, an adult individual,

           Respondents

No. 253 M.D. 2017

Submitted: August 25, 2017

## **O R D E R**

AND NOW, this 30th day of October, 2017, the opinion filed September 19, 2017, in the above-captioned matter shall be designated Opinion rather than Memorandum Opinion, and it shall be reported.

_____

DAN PELLEGRINI, Senior Judge